**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHELLE COURET,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| **v.** | : | **NO. 2:24-cv-5556** |
| **COMMISSIONER OF SOCIAL SECURITY,** | : | |
| **Defendant.** | : | |

# ORDER

**AND NOW**, this 16th day of September 2026, upon careful and independent consideration of the matter, it is HEREBY ORDERED that:

1. The Report and Recommendation (ECF No. 19) is APPROVED and ADOPTED;
2. Plaintiff's Objections to the Report and Recommendation (ECF No. 20) are OVERRULED;
3. Claimant's Request for Review is DENIED and JUDGMENT shall be entered in favor of the Defendant; and
4. The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

/s/ Antonio M. Pozos
**ANTONIO M. POZOS, J.**